# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **VERONICA RAMOS GUIDO** | **CIVIL ACTION NO. 26-516 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **BRYAN PATTERSON ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 20), no objection thereto having been filed, and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus filed by VERONICA RAMOS GUIDO (R. Doc. 1) is GRANTED and Petitioner shall be released no later than noon, July 24, 2026, with her plastic photo identification card, and subject to supervision under regulations prescribed by the Attorney General.

IT IS FURTHER ORDERED that all other pending motions are denied as moot.

THUS ORDERED AND SIGNED in Chambers this 23rd day of July, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE